# Dora Mtz. Castañon

## District Clerk

### 700 E. 7th Ave., Ste. #119

### Zapata, Texas 78076

### (956)765-9930



October 9, 2015

RE:  Court of Appeals Number:        04-15-00487-CV

Trial Court Case Number:        7,637

Style:        ConocoPhillips Company

VS

Leon Oscar Ramirez, et al

As per your Order dated September 16, 2015,  please be advised that my office, though not mandated until July 2016, went live with e-filing on September 9, 2015.  Our Commissioners Court recently approved a case management and scanners to work in conjunction with e-filing.  I expect to have all this in place by late October or early November 2015.  I have requested training by your office to ensure that any future clerk's records will be compliant with your office.

I apologize for any inconvenience our recent clerk's record may have caused you.

Sincerely,

Dora Mtz Castañon - District Clerk

## *Dora A. Martinez*
## *District Clerk*
## *P.O. Box 788*
## *Zapata, Texas 78076*
## *Office: (956) 765-9930 / Fax: (956) 765-9931*

*Sylvia V. Santos*      *Irene Morales*          *Elva A.Garcia*
*Chief Deputy*          *Deputy Clerk*          *Deputy Clerk*

*Date: 10/09/2015*

*Fax To: LUZ ESTRADA*

*Fax #: 210-335-2762*

*From: DORA MTZ. CASTAÑON*

*Total Number of Pages: 02  including cover page*

*Memo: _____*

*If we can be of further help, please feel free to call the above listed number.*